JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>      Plaintiff,<br><br>   v.<br><br>Haroutioun Bachian;<br>Sylva Bachian;<br>Green ST Taqueria, Inc., a California Corporation; and Does 1-10,<br><br>      Defendants. | Case: 2:14-CV-04324-RGK-RZ<br><br>**ORDER** |

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 07, 2014

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE